UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BYRON BIRDSONG,

                              Plaintiff,

   -against-

CITY OF NEW YORK and NEW YORK
CITY POLICE DEPARTMENT,

                            Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 3034 (JG)

✦ NOV 30 2005 ✦

BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on November 22, 2005, granting defendant's motion for summary judgment in its entirety; and directing the Clerk of Court to enter judgment for the defendant; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted in its entirety; and that judgment is hereby entered for the defendant.

Dated: Brooklyn, New York
        November 29, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court